JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CYNTHIA D., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. ED CV 21-01034-RSWL-DFM <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation, the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Date: August 30, 2022

                                           */S/ RONALD S.W. LEW*
                                           RONALD S.W. LEW
                                           United States District Judge